# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00001-JCM-VCF |
| vs. | **ORDER** |
| PAUL EDWARD DAVIS, | |
| Defendant. | |

Before the Court are defendant's request for change of counsel so he can represent himself *pro se* (#15) and plaintiff's motion to strike docket #14 (#16).

**A. Background**

Defendant made his initial appearance on January 20, 2015 and CJA panel attorney, Todd Leventhal, Esq., was appointed as counsel of record. (#12). Defendant was remanded to custody. A hearing on the petition for revocation of supervised release is scheduled for February 5, 2015. *Id.*

**B. Motion**

Defendant Davis filed the instant motion on his own behalf. (#15). He is seeking to dismiss his attorney, Todd Leventhal, Esq. *Id.*

**C. Discussion**

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Mr. Leventhal is defendant's counsel of record (#12) and has not filed a motion to withdraw as counsel, defendant may not file motions on his

own behalf.  *See* Local Rule IA 10-6(a).  The motion to dismiss counsel (#15) filed by defendant is deemed improper and stricken.  The opposition (#14) to the hearing set for February 5, 2015 filed by defendant Davis, on his own behalf, is also stricken.

Accordingly,

IT IS ORDERED that defendant's request for change of counsel so he can represent himself *pro se* (#15) is hereby STRICKEN.

IT IS FURTHER ORDERED that plaintiff's motion to strike docket #14 (#16) is GRANTED.

DATED this 2nd day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE